EXHIBIT 3

Received and E-Filed for Record
10/22/2021 12:34 PM
Melisa Miller, District Clerk
Montgomery County, Texas
Deputy Clerk, Chris Russo

CAUSE NO. 19-06-07875

| | | |
|---|---|---|
| IN RE THE CAROLYN S. CLARK | § § | IN THE DISTRICT COURT OF |
| IRREVOCABLE LIVING TRUST | § § | MONTGOMERY COUNTY, TEXAS |
| U/T/A JULY 28, 2017 | § | 457th JUDICIAL DISTRICT |

## ORDER GRANTING PLAINTIFFS' LAWYERS' MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS WITH PREJUDICE UNDER THE TEXAS CITIZENS' PARTICIPATION ACT

On the 25 day of October, 2021, this Court considered the motions filed by Steven C. Earl, James E. Graham, and Stilwell, Earl & Apostolakis, LLP ("Lawyer Movants") Motion to Dismiss Defendants' Newly Pled Counterclaims with Prejudice under the Texas Citizens' Participation Act and the Defendants' Newly Pled Racketeering Counterclaims with Prejudice under the Texas Citizens' Participation Act (collectively the "Motion to Dismiss"), the pleadings, evidence a court could consider under Tex. R. Civ. P. 166a, supporting and opposing affidavits stating the facts on which the liability or defense is based, the oral testimony given in open court during the hearing, and the arguments of counsel.

The Court **FINDS** that the TCPA applies to the Motion to Dismiss because the Defendants' counterclaim seeks to restrict Plaintiffs from exercising their constitutional right to petition and right to exercise free speech.

The Court decides each Motion to Dismiss within 60 days of the filing of said motion.

The Court **FINDS** that the Lawyer Movants demonstrated that the Defendants' counterclaims asserting defamation, negligence and gross negligence, tortious interference, civil claims under the Racketeering Influenced and Corrupt Organizations Act (18 U.S.C. 1962 *et seq.*) are meritless responses to Plaintiff's and the Lawyer Movants exercise of rights described in Texas

Civil Practices and Remedies Code § 27.005(b)(1)-(2).

The Court **RULES** that Defendants failed to establish, by clear and specific evidence, a prima facie case for each essential element of the claim in question.

The Court **RULES** that the Lawyer Movants established the defenses of absolute privilege and immunity.

The Court **RULES** that the Lawyer Movants' Motion to Dismiss is **MERITORIOUS** and **SHALL**, in all things, be **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that Defendants **TAKE NOTHING** on the Defendants' counterclaims against the Lawyer Movants for defamation, negligence and gross negligence, tortious interference, civil claims under the Racketeering Influenced and Corrupt Organizations Act, which are and shall immediately be **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that, pursuant to Texas Civil Practices and Remedies Code § 27.009(a) and (c), awarded attorney's fees totaling an amount to be determined at an oral hearing set for oral hearing on October 29, 2022 at 10:30 am. in the 457th Judicial District Court, located at 301 North Main Street, Conroe, Texas 77301.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that, pursuant to Texas Civil Practices and Remedies Code § 27.009(a)(2), an additional amount as sanctions will be considered during the October 29, 2021 10:30 am hearing.

Signed on ___10/25/2021 4:57:10 PM___.

_/s/ Vincenzo J. Santini_
_____
Judge Presiding

**ENTRY REQUESTED :**

STILWELL, EARL & APOSTOLAKIS, L.L.P.

By____/s/Steven C. Earl_____
    Steven C. Earl
    State Bar No. 24002028
    James E. Graham
    State Bar No. 24102973
1400 Woodloch Forest Dr., Suite 590
The Woodlands, Texas 77380
Telephone: 281/419-6200
Telecopier: 281/419-0250
steven@woodlandstxlawfirm.com
cavyn@woodlandstxlawfirm.com
ATTORNEYS FOR PLAINTIFFS

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Heather Scott on behalf of Steven Earl
Bar No. 24002028
heather@meslawfirm.com
Envelope ID: 58453162
Status as of 10/22/2021 2:19 PM CST

Associated Case Party: NicoleBDavis

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Geoffrey Christopher Sansom | 24033159 | gsansom@dmlawfirm.com | 10/22/2021 12:34:08 PM | SENT |

Associated Case Party: James Flitsch

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Steven CEarl | | efiletxsce@gmail.com | 10/22/2021 12:34:08 PM | SENT |
| Steven CEarl | | steven@woodlandstxlawfirm.com | 10/22/2021 12:34:08 PM | SENT |
| Heather Scott | | heather@woodlandstxlawfirm.com | 10/22/2021 12:34:08 PM | SENT |
| Jim Graham | | jim@woodlandstxlawfirm.com | 10/22/2021 12:34:08 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Steven Earl | | steven@woodlandstxlawfirm.com | 10/22/2021 12:34:08 PM | SENT |

Associated Case Party: KristinDianeWilkinson

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kristin Wilkinson | | kristinwilkinson@use.startmail.com | 10/22/2021 12:34:08 PM | SENT |

Associated Case Party: Leonard Guardino

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Leonard Guardino | | kristinwilkinson@use.startmail.com | 10/22/2021 12:34:08 PM | SENT |

Associated Case Party: KevinJClark

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Heather Scott on behalf of Steven Earl
Bar No. 24002028
heather@meslawfirm.com
Envelope ID: 58453162
Status as of 10/22/2021 2:19 PM CST

Associated Case Party: KevinJClark

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Jeanne L.Couture | | jeannie@magnancouturelaw.com | 10/22/2021 12:34:08 PM | SENT |

Associated Case Party: NicoleB.Davis

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Nicole BDavis | | nikki@davislyssy.com | 10/22/2021 12:34:08 PM | SENT |

Associated Case Party: CourtneyM.Lyssy

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Courtney MLyssy | | courtney@davislyssy.com | 10/22/2021 12:34:08 PM | SENT |